**Merriel J. HUFFMAN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 04–3101.**

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2004.

Before MICHEL, ARCHER, and BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Ziggy BAJBOR, Petitioner,**

v.

**OFFICE OF COMPLIANCE, Respondent,**

and

**OFFICE OF THE ARCHITECT OF THE CAPITOL, Respondent.**

**No. 03–6005, 04–6002.**

United States Court of Appeals,
Federal Circuit.

Oct. 20, 2004.

Before NEWMAN, LINN, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36